### THOMAS *v.* THOMAS.

FISH, C. J. Upon the hearing for temporary alimony pending a suit for divorce by the applicant on the ground of cruel treatment the evidence was conflicting, and it was not error for the judge to refuse to grant alimony.                    *Judgment affirmed. All the Justices concur.*

.No. 902.    NOVEMBER 16, 1918.

Application for temporary alimony. Before Judge Littlejohn. Macon superior court. February 26, 1918.

*J. J. Bull & Son,* for plaintiff.

*John B. Guerry,* for defendant.